Honorable Judge Rebecca Goodgame Ebinger

You recently sentenced me to 150 months on November 19th. I want to thank you for being fair with me. I believe my lawyer could have done a better job but you helped him in the areas he was struggling and I feel as if you would have been fair with me regardless! For that, I thank you.

I don't want to take up too much of your time but I feel as if I would be doing a disservice if I didn't tell you a little about Rachel Danielson and our relationship.

We met when I was sober. We were approved by our P.O.'s to see each other. The first year and a half of our relationship was great. Young couple working together to succeed, spending plenty of time together, falling in love and enjoying life. We got to know each other's family's and I came to love her little boy Ethan. He's 7 years old and lives with her mother Deb. He's a great kid and I miss him fiercely.

Your honor, I am a drug addict. My pattern is to do well, get bored, start using until I mess my

Life up, then go to treatment and do it all over again. Rachel has had her issues with drugs in the past but she always said we would never use together. The first time I started using in our relationship, she was the one that got me into treatment and was very supportive. She was my rock. I started using again shortly before I violated my probation and was sent to Prison for 7 months. I was getting high in prison and I talked Rachel into using with me the weekend I came home to party. She still held her job but I never went back to work because I stayed high and started to support our habit. We tried many times to quit but the "weekend" party didn't stop until we caught this case. I couldn't stand my life and what I'd done to our relationship. I know shes a grown woman and can make her own choices but I really need you to know that it was only my influence that got her in this mess. I would keep her out of the loop and bring her

to Kansas to go to our favorite casino. She came with because she loves me and knows how easily I fall asleep at the wheel. Now I must bear the weight of her sentence. If I were to to honestly take responsibility I would say that I'm 90% responsible, leaving her with 10% that was yet influenced by me and her addiction. I'm not telling you this to ask you to be easy on her. I'm telling you because I want you to know the truth and you can choose what to do with it. When you expressed your concern + thoughts about my moving forward, I could see that you really care! I appreciate that → immensely. I really am tired of living this way and I'm going to utilize programing in prison and the resources of probation to be the best me I can be. I want and need the help. I would only ask that you show the same concern for Rachel. I know its difficult for her at times. She found her father hanging from an electrical chord when she was young and now her mother has stomach cancer with a life expectancy of 2½

years, but she still has hope. She knows we will get through this and be better for it. She really is an amazing woman and I love her dearly. I want you to know that we will do our best to be successful when we get back home.

Once again, thank you for taking the time to read this and I really do appreciate how you handled my case. You are a compassionate Judge and I respect that.

Sincerely,

Michael R. Marsh

Michael Marsh

Michael Marsh #10124-041
Polk County Jail
1985 NE 51st Place
Des Moines, IA 50313-2517

DES MOINES IA 500
10 DEC 2020 PM 3 L
Hasler
US POSTAGE $000.55

ZIP 50309
011E12651300

CLEARED BY U.S.M.S.

The Honorable Judge
Rebecca Goodgame Ebinger
Federal Courthouse
123 E. Walnut St.
Des Moines IA 50309

RECEIVED
DEC 14 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

50309-203599